IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL**  **PLAINTIFF**
ADC #601559

V.                              NO. 4:24-cv-00284-JM-ERE

**WELLPATH MEDICAL CORPORATION,** *et al*.                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hill's may proceed on his medical deliberate indifference claim against Defendants Parsons, Seamster, Kent, Miles, Hoffman, Hurst, Griffin, and WellPath relating to their failure to provide him adequate dental treatment. Mr. Hill's retaliation claims are DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Mr. Hill's remaining claims are dismissed based on improper joinder.

The Clerk is instructed to terminate Dexter Payne and William Straughn as party Defendants.

IT IS SO ORDERED, this 23rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE