IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM HILL                                                                                                    PLAINTIFF
ADC #601559

V.                                         NO. 4:24-cv-00284-JM-ERE

WELLPATH MEDICAL CORPORATION, *et al*.                                      DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hill's claims against Defendant Rory Griffin are DISMISSED, without prejudice. The Clerk is instructed to terminate Rory Griffin as a party Defendant.

IT IS SO ORDERED, this 9th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE