# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADAM HILL**                                                                    **PLAINTIFF**
**ADC #601559**

**V.**                                      **NO. 4:24-cv-00284-JM-ERE**

**WELLPATH MEDICAL CORPORATION,** *et al.*                    **DEFENDANTS**

## <u>ORDER</u>

*Pro se* plaintiff Adam Hill, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit under 42 U.S.C. § 1983. *Docs. 2, 9.* A summons issued to Defendant Dukes has been returned to the Court unexecuted. *Doc. 52.*

Mr. Hill is reminded of his responsibility to provide the Court with a valid service address for Defendant Dukes. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Under applicable procedural rules, a defendant must be served within 90 days of the date a complaint is filed, unless the time period is extended for good cause. Fed. R. Civ. P. 4(m).

Mr. Hill has until **October 28, 2024**, to provide a valid service address for Defendant Dukes. If he fails to provide a valid service address by that date, Mr. Hill's claims against Defendant Dukes may be dismissed.

SO ORDERED 25 September 2024.

_____
UNITED STATES MAGISTRATE JUDGE