IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL**  **PLAINTIFF**
**ADC #601559**

V.                    NO. 4:24-cv-00284-JM-ERE

**WELLPATH MEDICAL CORPORATION**, *et al*.                    **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. Mr. Hill has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Hill's motion for preliminary injunctive relief (*Doc. 79*) is DENIED.

IT IS SO ORDERED, this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE