IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL** **PLAINTIFF**
**ADC #601559**

V.                    NO. 4:24-cv-00284-JM-ERE

**WELLPATH MEDICAL CORPORATION,** *et al*.           **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition ("PRD") from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the timely objections, as well as a de novo review of the record. The Court is unpersuaded by the Defendant's objections and concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Anderson's motion to dismiss (*Doc. 109*) is DENIED. Mr. Hill may proceed on his medical deliberate indifference claim against Defendant Anderson.

IT IS SO ORDERED, this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE