# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADAM HILL**  **PLAINTIFF**
**ADC #601559**

V.  NO. 4:24-cv-00284-JM-ERE

**WELLPATH MEDICAL CORPORATION,** *et al.*  **DEFENDANTS**

## ORDER

*Pro se* plaintiff Adam Hill and Defendants Wellpath LLC, William Kent, Lamont Parsons, Candy Hoffman, Lonnell Seamsters, Nancy Miles, Chris Horan, Benetta Whitfield, John Pitts, Ramona Huff, Cynthia Womble, and Loren Stringfellow have filed a joint stipulation of dismissal. *Doc. 124*.

IT IS THEFORE ORDERED THAT:

1.  Mr. Hill's claims against Defendants Wellpath LLC, Kent, Parsons, Hoffman, Seamsters, Miles, Horan, Whitfield, Pitts, Huff, Womble, and Stringfellow are DISMISSED, with prejudice.

2.  The Clerk is instructed to terminate Wellpath LLC, William Kent, Lamont Parsons, Candy Hoffman, Lonnell Seamsters, Nancy Miles, Chris Horan, Benetta Whitfield, John Pitts, Ramona Huff, Cynthia Womble, and Loren Stringfellow as party Defendants.

3.  Mr. Hill's pending motion for order and motion for sanctions (*Docs. 112, 115*) are DENIED, as moot.

SO ORDERED this 2nd day of February 2026.

                                                            *[signature]*
                                                            UNITED STATES DISTRICT JUDGE