**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM HILL**                                                              **PLAINTIFF**
**ADC #601559**

**V.**                              **NO. 4:24-cv-00284-JM**

**ROBERT ANDERSON**                                              **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("RD") from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Hill's timely objections, as well as a de novo review of the record, the Court concludes that the RD should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Anderson's motion for summary judgment (*Doc. 164*) is GRANTED. Mr. Hill's medical deliberate indifference claim against Defendant Anderson is DISMISSED, with prejudice. Any potential remaining retaliation claim against Defendant Anderson is DISMISSED, without prejudice. Mr. Hill's motion for summary judgment (*Doc. 145*) is DENIED. Judgment will be entered in favor of Defendant Anderson.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 22nd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE