**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM HILL**                                                          **PLAINTIFF**
**ADC #601559**

**V.**                          **NO. 4:24-cv-00284-JM**

**ROBERT ANDERSON**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 22nd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE